IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **VICENTE RODRIGUEZ,** § | | |
| § | | |
|    **Plaintiff,** § | | |
| **v.** § | Cause No. 2:14-cv-00404 | |
| § | | |
| **PAUL'S FABRICATING &** § | | |
| **MACHINE WORKS, INC.,** § | | |
| § | A Jury is Demanded | |
|    **Defendant.** § | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant by and through their undersigned counsel hereby stipulate and agree to dismiss with prejudice all claims asserted or that could have been asserted by and among Plaintiff and Defendant in this action.  The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Thomas H. Padgett, Jr.* | _*s/ John D. Bell*_____ |
| THOMAS H. PADGETT, JR. | JOHN D. BELL |
| Texas Bar No. 15405420 | State Bar No. 02078900 |
| Fed. ID:  11554 | **WOOD, BOYKIN & WOLTER, P.C.** |
| **ROSS LAW GROUP** | 615 N. Upper Broadway, Ste. 1100 |
| 4809 Pine St. | Corpus Christi, TX 78401-0748 |
| Bellaire, Texas 77401 | 361-888-9201 Telephone |
| 832-335-9134 Telephone | 361-888-8353 Facsimile |
| 512-474-7677 Telephone | jdbell@wbwpc.com |
| 512-4745306 Facsimile | **ATTORNEY FOR DEFENDANT** |
| tpadgett@rosslawgroup.com | |
| **ATTORNEY FOR PLAINTIFF** | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **VICENTE RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. 2:14-cv-00404 |
| | § | |
| **PAUL'S FABRICATING & MACHINE WORKS, INC.,** | § § | |
| | § | **A Jury is Demanded** |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice. Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED, that all causes of action that any and all of the Parties have asserted or could have asserted against each other are hereby dismissed with prejudice and each party shall be solely responsible for their own attorney's fees and costs.

ORDERED this ____ day of _____, _____.


_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE